**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7024**

_____

JAMES E. ROSE, JR.,

        Petitioner - Appellant,

    v.

RANDY DEMORY,

        Respondent - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence. Henry M. Herlong, Jr., Senior District Judge.  (4:22-cv-01774-HMH)

_____

Submitted:  January 17, 2023                                Decided:  January 20, 2023

_____

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

James E. Rose, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James E. Rose, Jr., a state pretrial detainee, seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on Rose's 28 U.S.C. § 2241 petition.  The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B).  The magistrate judge recommended that relief be denied and advised Rose that failure to file timely, specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance.  *Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017); *Wright v. Collins*, 766 F.2d 841, 846-47 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140, 154-55 (1985).  Although Rose received proper notice and filed timely objections to the magistrate judge's recommendation, he has waived appellate review because the objections were not specific to the particularized legal recommendations made by the magistrate judge.  *See Martin*, 858 F.3d at 245 (holding that, "to preserve for appeal an issue in a magistrate judge's report, a party must object to the finding or recommendation on that issue with sufficient specificity so as reasonably to alert the district court of the true ground for the objection" (internal quotation marks omitted)).  Accordingly, we deny a certificate of appealability and dismiss the appeal.  We deny Rose's motion to consolidate.  We dispense with oral argument because the facts and

2

legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*